IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**UNITED STATES OF AMERICA**

vs.                                                            Case No: 4:15-cr-40009

**BRITTANY FRIERSON**

### ORDER TO MODIFY CONDITIONS OF RELEASE

Comes now for consideration the Motion to Modify Conditions of Releasefiled herein by Defendant.  ECF No. 19.  No response to this Motion has been filed, however the Government requested a hearing on this matter..  Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2009), the Honorable Susan O. Hickey referred this Motion to this Court for decision.  The Court finds as follows:

1. On April 21, 2015, Defendant was released, pending trial, on certain conditions.  Included as a condition was the imposition of a curfew to be set by the U.S. Probation office and monitored by electronic monitoring. Defendant was directed to reside with her parents at 4119 Patmos Rd., Hope, Arkansas.  Defendant with her Motion requests permission to change her residence 323 Pine Street, Hope, Arkansas.  Her father will continue to reside with her at that residence should her motion be granted.

2. The supervising Probation Officer in this case, has met with Defendant and has no objection to the requested change of address.  Further, the supervising Probation Officer, testified the Defendant had been generally compliant with the conditions of pre-trial release.

4. The Court does find that a change in Defendant's residence is appropriate and therefore

modifies the terms and conditions of Defendant's pretrial release as follows:

    a) The Defendant shall reside at 323 Pine Street, Hope, Arkansas. She shall continue to be subject to all of the other conditions previously set for her pre-trial release.

    b) The Defendant shall have no visitors at her new address unless either her mother or father is also present at the time the visitor is in the residence.

**IT IS THEREFORE, ORDERED**, that the Defendant's Motion to Modify Conditions of Release is **GRANTED**. Defendant's conditions of pretrial release are modified as set out above.

**IT IS SO ORDERED** this **18th day of August 2015**

                                          /s/ Barry A. Bryant
                                          HON. BARRY BRYANT
                                          U.S. MAGISTRATE JUDGE